585 A.2d 360

DONALD DIESO, INDIVIDUALLY; AND RENEWABLE EARTH PRODUCTS OF NEW JERSEY, A PARTNERSHIP v. MIDDLESEX COUNTY UTILITIES AUTHORITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY; AND VFL TECHNOLOGY CORPORATION, A CORPORATION OF THE STATE OF PENNSYLVANIA.

July 26, 1990.

Petition for certification denied.

585 A.2d 360

CAROL ANN FELDMAN v. LEDERLE LABORATORIES, ETC.

July 30, 1990.

Petition for certification granted. (See 234 *N.J.Super.* 559, 561 *A.*2d 288)

585 A.2d 360

IN THE MATTER OF ROY SAVAGE.

July 30, 1990.

Petition for certification denied.